440 F.2d 793
 Clarence VINCENT, Plaintiff-Appellant,
v.
ROYAL GLOBE INSURANCE COMPANY et al., Defendants-Appellees.
Mrs. Hilda Mae Smith HONORE, Individually, et cetera, et al., Plaintiffs-Appellants,
v.
McDONNELL & MILLER, INC., et al., Defendants-Appellees,
Great American Insurance Company, Intervenor-Appellant.
 No. 30807 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 February 26, 1971.
 
 Appeals from United States District Court for the Eastern District of Louisiana; E. Gordon West, Chief Judge.
 Arthur Cobb, Baton Rouge, La., for Mrs. Hilda Mae Smith Honore, etc., and others.
 W. S. McKenzie, Taylor, Porter, Brooks & Phillips, Baton Rouge, La., for intervenor-appellant.
 Kenneth C. Scullin, Boris Navratil and Maurice J. Wilson, of Breazeale, Sachse & Wilson, Baton Rouge, La., for McDonnell & Miller, Inc.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. See Local Rule 21.[1] Boeing Company v. Shipman, 411 F.2d 365 (5th Cir. 1969).
 
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir.; Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5th Cir. 1970, 431 F. 2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5th Cir., 1970, 430 F.2d 966